# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| APRIL CLARK, | ) | CASE NO. 1:20CV00679 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | JONATHAN D. GREENBERG |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) ) | |
| | ) | **JUDGMENT** |
| Defendant. | ) | |
| | ) | |

Consistent with this Court's contemporaneously filed Memorandum of Opinion and Order, the Commissioner's final decision is VACATED and the case REMANDED for further proceedings consistent with the Court's decision.

**IT IS SO ORDERED.**

                                                    *s/Jonathan D. Greenberg*
                                                    Jonathan D. Greenberg
                                                    United States Magistrate Judge

Date: February 3, 2021